# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-1,

        Respondent

        v.

MICHAEL G. FELDMAN AND LESLIE A. FELDMAN,

        Petitioners

: No. 229 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.